JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY HART, et al. | Case No. CV 21-7308 FMO (PLAx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| MICKEY HENSCHEL, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of October, 2021.

/s/
Fernando M. Olguin
United States District Judge